# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH PISCITELLI et al., <br><br> Plaintiff(s) <br> v. <br><br> MARTINEZ REFINING COMPANY <br><br> Defendant(s) | CASE No C 4:23-CV-04184-HSG <br><br> STIPULATION AND ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
- ☐ **Mediation** (ADR L.R. 6)
- ☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)
- ☒ **Private ADR** (*specify process and provider*)
  Process and provider to be determined.  The Parties propose Private ADR following Plaintiffs' class certification expert disclosures, which are due September 6, 2024 under Plaintiffs' proposed schedule in the Joint Report.

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*
- ☒ other requested deadline: September 20, 2024

Date: January 9, 2024          /s/ Matthew Robb
                               Attorney for Plaintiff

Date: January 9, 2024          /s/ Lisa L. Garcia
                               Attorney for Defendant

---

☒ IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE: 1/9/2024                 *[signature]* Haywood S. Gilliam Jr.
                               U.S. DISTRICT JUDGE

---

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."

*Form ADR-Stip rev. 1-15-2019*