UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH PISCITELLI, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>MARTINEZ REFINING COMPANY LLC,<br><br>　　　　　Defendant. | Case No. 23-cv-04184-HSG<br><br>**SCHEDULING ORDER** |

A case management conference was held on January 2, 2024. Having considered the parties' proposals, *see* Dkt. No. 35, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/Joinder | March 1, 2024 |
| Close of Fact Discovery | August 2, 2024 |
| Exchange of Opening Expert Reports | September 6, 2024 |
| Exchange of Rebuttal Expert Reports | October 4, 2024 |
| Close of Expert Discovery | November 15, 2024 |
| Class Certification Filing Deadline | December 20, 2024 |
| Class Certification Opposition Deadline | February 14, 2025 |
| Class Certification Reply Deadline | March 7, 2025 |
| Class Certification Hearing Deadline | April 10, 2025, at 2:00 p.m. |

//

//

//

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated: 1/17/2024

HAYWOOD S. GILLIAM, JR.
United States District Judge