UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH PISCITELLI, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>MARTINEZ REFINING COMPANY LLC,<br><br>  Defendant. | Case No. 23-cv-04184-HSG   (LJC)<br><br>**NOTICE OF REFERRAL FOR DISCOVERY**<br><br>Re: Dkt. No. 52 |

TO ALL PARTIES AND COUNSEL OF RECORD:

This case has been referred to Magistrate Judge Lisa J. Cisneros for discovery. The undersigned is reviewing the parties' joint discovery letter (ECF No. 51).

As a threshold matter, although that letter asserts that "discovery has been bifurcated to focus initially on class certification issues" (*id.* at 2) and an agreement to that effect is noted in the parties' case management statement (ECF No. 35 at 5), no such bifurcation is apparent from Judge Gilliam's scheduling order (ECF No. 48). **The parties are therefore directed to submit a stipulated request to Judge Gilliam to modify the scheduling order to provide for bifurcated discovery.[1]** Upon resolution of that issue, the Court will order a telephone conference, hearing, and/or further briefing on the discovery letter, if needed.

For all future discovery disputes that the parties seek to resolve through this Court, the parties must comply with the procedures set forth in the Standing Order for Magistrate Judge Cisneros, available at https://cand.uscourts.gov/lisa-j-cisneros/.

Please contact the Courtroom Deputy Clerk Brittany Sims at ljccrd@cand.uscourts.gov

---

[1] The undersigned magistrate judge expresses no opinion as to whether such a request should be granted, which is a case management decision within the purview of the presiding judge.

1 | with any questions.

2 | **IT IS SO ORDERED.**

3 | Dated: February 8, 2024

LISA J. CISNEROS
United States Magistrate Judge