Mike M. Arias, Esq. (SBN 115385)
Arnold C. Wang, Esq. (SBN 204431)
M. Anthony Jenkins, Esq. (SBN 171958)
**ARIAS SANGUINETTI WANG & TORRIJOS, LLP**
6701 Center Drive West, 14th Floor
Los Angeles, California 90045
Telephone: (310) 844-9696
Facsimile:  (310) 861-0168

Steven D. Liddle, Esq.*
Laura L. Sheets, Esq.*
Matthew Z. Robb, Esq.*
*Admitted Pro hac vice*
**LIDDLE SHEETS COULSON P.C.**
975 E. Jefferson Avenue
Detroit, Michigan 48207
Telephone: (313) 392-0015
Facsimile:  (313) 392-0025

*Attorneys for Plaintiffs and the Putative Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| JOSEPH PISCITELLI and DAVID MALAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MARTINEZ REFINING COMPANY LLC<br><br>Defendant. | Case No. 4:23-cv-04184-HSG<br><br>[Assigned to the Hon. Haywood S. Gilliam, Jr]<br><br>**STIPULATION FOR ORDER DISMISSING PLAINTIFF JOSEPH PISCITELLI WITHOUT PREJUDICE; ORDER**<br><br>Filing Date: August 16, 2023 |

Plaintiffs Joseph Piscitelli and David Malan ("Plaintiffs") and Defendant Martinez Refining Company, LLC ("Defendant"), by and through their respective counsel, agree and stipulate as follows pursuant to Fed. R. Civ. P. 21:

WHEREAS, Plaintiffs Joseph Piscitelli filed this putative class action on August 16, 2024.

WHEREAS, on April 10, 2024, Plaintiffs filed a first amended complaint adding an allegedly similarly situated Plaintiff, David Malan to the case as a named Plaintiff and putative class representative.

WHEREAS, Plaintiff Joseph Piscitelli provided written responses to Defendant's First Interrogatories and First Requests for Production of Documents on April 23, 2024. However, Mr. Piscitelli did not provide responsive documents to Defendant's First Requests for Production of Documents and did not offer dates of availability to sit for a deposition.

WHEREAS, on June 4, 2024, the Parties submitted a stipulation to extend the scheduling order to permit additional time for Mr. Piscitelli to provide responsive discovery.

WHEREAS, on June 11, 2024, the Parties, through counsel, attended a telephonic case management conference, wherein the Court denied the Parties request to extend the scheduling order.

WHEREAS, Mr. Piscitelli is no longer in a position to fulfil his duties as a proposed class representative and no longer wishes to act as a named Plaintiff in this case. Mr. Piscitelli has authorized his counsel to seek his dismissal from the litigation as a named Plaintiff and proposed class representative, without prejudice to his claims or his rights to remain an unnamed class member. (**Ex. 1**, Piscitelli Authorization).

WHEREAS, in Mr. Piscitelli's absence, the proposed class will continue to be represented by Plaintiff David Malan and counsel from Liddle Sheets Coulson P.C.

WHEREAS, Fed. R. Civ. P. 21 states that "[o]n motion or on its own, the court may at any time, on just terms, add or drop a party."

WHEREAS, it is in the interest of justice to permit Mr. Piscitelli to be dismissed from this action, and his claims on behalf of an allegedly affected class of residents of Martinez, California will continue to be advanced by Mr. Malan and his counsel from the class action firm of Liddle Sheets Coulson P.C.

**STIPULATED REQUEST FOR ORDER DISMISSING PLAINTIFF JOSEPH PISCITELLI WITHOUT PREJUDICE; Case No. 4:23-cv-04184-HSG, Oakland Division, Division 4**

WHEREAS, Defendant stipulates to Mr. Piscitelli being dismissed from this action without prejudice. Accordingly, no party will be prejudiced by Mr. Piscitelli's dismissal as a named party to this action.

THEREFORE, the Parties request that the Court authorize this stipulation and/or enter an order dismissing Mr. Piscitelli from this action, without prejudice to his claims, pursuant to Fed. R. Civ. P. 21.

Respectfully submitted,

Dated: June 17, 2024        **LIDDLE SHEETS COULSON P.C.**

*/s/ Matthew Z. Robb*
Steven D. Liddle*
Laura L. Sheets*
Matthew Z. Robb*
**Admitted Pro Hac Vice*

*Attorneys for Plaintiffs*

**ALSTON & BIRD LLP**

*/s/ Jane W. Kaufman*
Jason Levin
Jennifer Bonneville
Meaghan G. Boyd
Lisa L. Garcia
Jane W. Kaufman

*Attorneys for Defendant*

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Dated: 6/17/2024

Hon. Haywood S. Gilliam, Jr.

**STIPULATED REQUEST FOR ORDER DISMISSING PLAINTIFF JOSEPH PISCITELLI WITHOUT PREJUDICE; Case No. 4:23-cv-04184-HSG, Oakland Division, Division 4**