# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| DAVID MALAN, on behalf of himself and all others similarly situated, | Case No. 4:23-cv-04184-HSG |
| Plaintiffs, | [Assigned to the Hon. Haywood S. Gilliam, Jr.] |
| v. | **ORDER GRANTING PLAINTIFFS' REQUEST TO APPEAR REMOTELY AT THE JOINT STATUS CONFERENCE (as modified)** |
| MARTINEZ REFINING COMPANY LLC | |
| Defendant. | |
| | Hearing Date:   February 5, 2025<br>Hearing Time:   4:00 p.m. |

- 1 -
ORDER RE PLAINTIFFS' REQUEST TO APPEAR REMOTELY AT THE JOINT
STATUS CONFERENCE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

Having reviewed Plaintiffs' Request for counsel from Liddle Sheets P.C. to Appear Remotely at the Joint Status Conference that was filed by counsel for Plaintiffs in this matter, and having considered the contents therein and finding good cause shown, the Court hereby GRANTS Plaintiffs' request and ORDERS as follows:

Counsel for the Plaintiffs from Liddle Sheets P.C. are permitted to appear remotely, via telephone, at the Joint Status Conference in all three cases to be held before Judge Donato, Judge Gilliam, and Judge Lin on February 5, 2025, at 4:00 p.m.  Counsel is directed to e-mail the CRD at the HSGCRD and RFLCRD inboxes by noon today with one phone number that the CRD can call so that counsel can attend the hearing telephonically.

   **IT IS SO ORDERED.**

DATED:  2/5/2025

**HON. HAYWOOD S. GILLIAM, JR.**
**JUDGE OF THE UNITED STATES DISTRICT COURT**

- 2 -
ORDER RE PLAINTIFFS' REQUEST TO APPEAR REMOTELY AT THE JOINT
STATUS CONFERENCE