UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RELATED CASE ORDER

A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed.  The time for filing an opposition or statement of support has passed and none were filed.  As the judge assigned to case

23-cv-04184-HSG   Malan v. Martinez Refining Company LLC

I find that the more recently filed case(s) that I have initialed below are related to the case assigned to me, and such case(s) shall be reassigned to me.  Any cases listed below that are not related to the case assigned to me are referred to the judge assigned to the next-earliest filed case for a related case determination.

| Case | Title | Related | Not Related |
|---|---|---|---|
| 25-cv-04511-RS | Canning v. Martinez Refining Company LLC | **HSG** | |

ORDER

The parties are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number.  Any case management conference in any reassigned case will be rescheduled by the Court.  The parties shall adjust the dates for the conference, disclosures and report required by FRCivP 16 and 26 accordingly.  Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.

As the Court explained in its prior related case order, Dkt. No. 109, these cases will be related before a single judge through resolution of the common core issues, with the process for identifying and resolving those issues to be discussed with the parties.  Once the common issues have been resolved, the Court will unrelate the cases and return them to proceed before the initially assigned judges for resolution of non-common issues unless otherwise ordered.  The Court will set a case management conference to discuss a plan for coordinating the cases and moving them forward expeditiously once it rules on the pending motion for class certification in *Malan v. Martinez Refining Company LLC*, Case No. 23-cv-04184-HSG.  Unless otherwise ordered, all other hearing and case management dates in the related cases are VACATED.  Any existing briefing schedules remain in effect, and the Court will discuss re-noticing any motions at the case management conference.

Dated:  7/16/2025

By: *Haywood S. Gilliam Jr.*
Haywood S. Gilliam, Jr.
United States District Judge

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CLERK'S NOTICE**

  The court has reviewed the motion and determined that no cases are related and no reassignments shall occur.

Dated:                                By: _____
                                      Nikki Riley, Deputy Clerk