United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MALAN, et al., | Case No. 23-cv-04184-HSG |
| Plaintiffs, | **AMENDED SCHEDULING ORDER** |
| v. | |
| MARTINEZ REFINING COMPANY LLC, | |
| Defendant. | |
| ALENA CRUZ, et al., | Case No. 23-cv-06142-HSG |
| Plaintiffs, | |
| v. | |
| PBF ENERGY, INC., | |
| Defendant. | |
| JENNIFER FRYE, et al., | Case No. 24-cv-04506-HSG |
| Plaintiffs, | |
| v. | |
| MARTINEZ REFINING COMPANY LLC, | |
| Defendant. | |
| ALICE SALIBA, et al., | Case No. 24-cv-08153-HSG |
| Plaintiffs, | |
| v. | |
| MARTINEZ REFINING COMPANY LLC, | |
| Defendant. | |

United States District Court
Northern District of California

| | |
|---|---|
| ELIZABETH SILVESTRI, et al., | Case No.  24-cv-08241-HSG |
| Plaintiffs, | |
| v. | |
| MARTINEZ REFINING COMPANY LLC, | |
| Defendant. | |
| ROBERT MANNING, et al., | Case No.  24-cv-08316-HSG |
| Plaintiffs, | |
| v. | |
| MARTINEZ REFINING COMPANY LLC, | |
| Defendant. | |
| LAUREN CANNING, et al., | Case No.  25-cv-04511-HSG |
| Plaintiffs, | |
| v. | |
| MARTINEZ REFINING COMPANY LLC, | |
| Defendant. | |

2

A case management conference was held on January 27, 2026.  Having considered the parties' proposals in these cases,[1] *see* Dkt. No. 122 (*Malan*), Dkt. No. 72 (*Cruz*), Dkt. No. 68 (*Frye*), Dkt. No. 56 (*Saliba*), Dkt. No. 54 (*Silvestri*), Dkt. No. 51 (*Manning*), and Dkt. No. 31 (*Canning*), the Court **RESETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/Joinder | January 30, 2026 |
| Deadline to file a single stipulated protective order and a single stipulated e-discovery order, which will apply to all cases | January 30, 2026 |
| Deadline for parties to serve Rule 34 document requests consistent with the categories of documents identified in the December 9, 2025 Joint Case Management Order | February 1, 2026 |
| Initial disclosures due, to the extent not already served | September 1, 2026 |
| Deadline for rolling document productions and responses to interrogatories | September 1, 2026 |
| Fact depositions permitted | September 1, 2026 – January 15, 2027 |
| Deadline for Plaintiffs to provide Defendant a list of the specific injuries alleged by Plaintiffs, including the types of symptoms and medical conditions alleged and the types of alleged injury to property | February 18, 2027 |
| Simultaneous Exchange of Opening Expert Reports | March 18, 2027 |
| Simultaneous Exchange of Rebuttal Expert Reports | May 14, 2027 |
| Simultaneous Exchange of Reply Expert Reports | June 17, 2027 |
| Deadline for Expert Depositions | September 17, 2027 |

United States District Court
Northern District of California

---

[1] These cases include the above-captioned cases:  *Malan*, Case No. 4:23-cv-04184-HSG; *Cruz*, Case No. 4:23-cv-06142-HSG; *Frye*, Case No. 4:24-v-04506; *Saliba*, Case No. 4:23-cv-08153; *Silvestri*, Case No. 4:24-cv-08241; *Manning*, Case No. 4:24-cv-08316; and *Canning*, Case No. 4:25-cv-04511.

| Rule 702 motions and Rule 56 summary judgment motions due | November 1, 2027 |
|---|---|
| Oppositions to Rule 702 motions and Rule 56 summary judgment motions due | December 15, 2027 |
| Replies in support of Rule 702 motions and Rule 56 summary judgment motions due | January 14, 2028 |
| Hearing on Rule 702 motions and oral argument on Rule 56 summary judgment motions | February 17, 2028 at 2:00 p.m. |

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders. This schedule applies to the preliminary common issues identified by the parties at pages 7-10 of Dkt. No. 122, and as discussed with the parties, the Court will set a Case Management Conference to discuss next steps in these cases following resolution of those common issues.

This order terminates the pending stipulations filed in these actions at Dkt. No. 122 (*Malan*), Dkt. No. 72 (*Cruz*), Dkt. No. 68 (*Frye*), Dkt. No. 56 (*Saliba*), Dkt. No. 54 (*Silvestri*), Dkt. No. 51 (*Manning*), and Dkt. No. 31 (*Canning*).

**IT IS SO ORDERED.**

Dated:  1/29/2026

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

4