JASON LEVIN (State Bar No. 161807)
JENNIFER BONNEVILLE (State Bar No. 243686)
LISA L. GARCIA (State Bar No. 301362)
JANE W. KAUFMAN (State Bar No. 351252)
**ALSTON & BIRD LLP**
350 South Grand Avenue, 51st Floor
Los Angeles, CA 90071-1410
Telephone: 213-576-1000
Telephone: 213-576-1000
Facsimile: 213-576-1100
Email: jason.levin@alston.com
jennifer.bonneville@alston.com
lisa.garcia@alston.com
jane.kaufman@alston.com

MEAGHAN G. BOYD (*Pro Hac Vice*)
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309-3424
Phone: 404-881-7000
Fax: 404-881-7777
Email: meaghan.boyd@alston.com

Attorneys for Defendant
MARTINEZ REFINING COMPANY LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MALAN, et al. | Case No. 4:23-cv-04184-HSG |
| Plaintiffs, | Assigned to the Hon. Haywood S. Gilliam, Jr. The Hon. Lisa J. Cisneros |
| v. | |
| MARTINEZ REFINING COMPANY LLC | |
| Defendant. | |
| ALENA CRUZ, et al., | Case No. 4:23-cv-06142-HSG-LJC |
| Plaintiffs, | The Hon. Haywood S. Gilliam, Jr. The Hon. Lisa J. Cisneros |
| v. | |
| PBF ENERGY, INC., et al., | |
| Defendants. | |

- 1 -

- 2 -

| | |
|---|---|
| JENNIFER FRYE, et al., | Case No. 4:24-cv-04506-HSG-LJC |
| Plaintiffs, | The Hon. Haywood S. Gilliam, Jr. |
| v. | The Hon. Lisa J. Cisneros |
| MARTINEZ REFINING COMPANY LLC, | |
| Defendant. | |
| ALICE SALIBA, et al., | Case No. 4:24-cv-08153-HSG-LJC |
| Plaintiffs, | The Hon. Haywood S. Gilliam, Jr. |
| v. | The Hon. Lisa J. Cisneros |
| MARTINEZ REFINING COMPANY LLC, | |
| Defendant. | |
| ELIZABETH SILVESTRI, et al., | Case No. 4:24-cv-08241-HSG-LJC |
| Plaintiffs, | The Hon. Haywood S. Gilliam, Jr. |
| v. | The Hon. Lisa J. Cisneros |
| MARTINEZ REFINING COMPANY LLC, | |
| Defendant. | |
| ROBERT MANNING, et al., | Case No. 4:24-cv-08316-HSG-LJC |
| Plaintiffs, | The Hon. Haywood S. Gilliam, Jr. |
| v. | The Hon. Lisa J. Cisneros |
| MARTINEZ REFINING COMPANY LLC | |
| Defendant. | |

LAUREN CANNING, et al.,

        Plaintiffs,

   v.

MARTINEZ REFINING COMPANY LLC,

        Defendant.

Case No. 4:25-cv-04511-HSG-LJC

The Hon. Haywood S. Gilliam, Jr.
The Hon. Lisa J. Cisneros

## JOINT STATUS REPORT

The seven above-captioned actions ("Related Actions") arise from alleged emissions from Defendant Martinez Refining Company LLC's petroleum refining facility located in Martinez, California. To avoid "the possibility of unduly burdensome duplication of labor and conflicting results," the Court related the actions through the resolution of core issues common across the matters. *Malan*, Dkt. No. 109. The common factual issues to be addressed during this phase (the "Common Issues Phase") are identified in the parties' Stipulation and Proposed Scheduling Order, dated January 20, 2026 ("January 2026 Proposed Scheduling Order"). *Malan*, Dkt. No. 122.

Pursuant to the Court's February 11 and March 6, 2026 Orders, *Malan*, Dkt. Nos. 133, 138, the parties in the Related Actions respectfully submit this Joint Status Report addressing the status of discovery on the common factual issues and proposing a protocol for presenting discovery disputes for resolution.

### A.    Status of Discovery

In the December 9, 2025 Joint Case Management Order, the parties agreed to produce certain categories of documents during the Common Issues Phase. *Malan*, Dkt. No. 120. Pursuant to the Amended Scheduling Order, dated January 29, 2026, the parties served Rule 34 requests seeking those agreed-upon categories of documents. *Malan*, Dkt. No. 125. The Court set a September 1, 2026 deadline for completion of rolling document productions and responses to interrogatories. *Id.*

- 3 -

The Court also entered a Stipulated Order re: Discovery of Electronically Stored Information, *Malan*, Dkt. No. 131, ("ESI Order") and a Stipulated Protective Order, *Malan*, Dkt. No. 134. Additionally, in the January 2026 Proposed Scheduling Order, the parties agreed that discovery during the Common Issues Phase would be coordinated across the Related Actions through the following measures:

1. Counsel for Plaintiffs will confer among themselves before serving written discovery and deposition notices so that Defendant and witnesses are not subjected to duplicative discovery. Plaintiffs across all Related Actions may serve one deposition notice per witness, for all Related Actions, unless a witness is also designated as a 30(b)(6) witness, in which case they may be deposed in both their corporate and individual capacities.

2. Any discovery served on or discovery responses served by Defendant or third parties should be served in all Related Actions.

3. Each witness, including third parties, may only be deposed once across all Related Actions, unless a witness is also designated as a 30(b)(6) witness, in which case they may be deposed in both their corporate and individual capacities. The parties will coordinate in scheduling these depositions. Unless so stipulated between the parties, depositions are subject to the time limits in Rule 30 of the Federal Rules of Civil Procedure.

4. Counsel for all parties will be invited to any meet and confers concerning discovery.

Pursuant to Section 4 of the ESI Order, Defendant identified to Plaintiffs the job titles of custodians for whom it is preserving ESI. Defendant also produced to all Plaintiffs over 90,000 pages of discovery that it previously produced in the *Malan* action.[1] Defendant will continue to make rolling productions to Plaintiffs consistent with the Amended Scheduling Order.

The *Malan* Plaintiff has provided a supplemental production of documents to Defendant. Defendant requested that the *Malan* Plaintiff re-produce these documents in the manner required by the ESI Order. The *Malan* Plaintiff remains in the process of reviewing the prior production of documents and has agreed to supply Defendant with a reproduction of these documents in the manner required by the ESI Order.

---

[1] The *Malan* parties previously engaged in discovery on the issue of class certification.

- 4 -

**B.    Proposed Protocol for the Resolution of Discovery Disputes**

The parties propose that discovery disputes be presented to the Court in accordance with the procedures set forth in Section F.5 of the Civil Standing Order for Magistrate Judge Lisa J. Cisneros. To the extent a discovery dispute applies to several or all of the Related Actions, the parties further propose the following coordinating measures:

- A single joint letter shall be submitted by the parties in the affected Related Actions;
- In the joint letter, Plaintiffs in the affected Related Actions shall jointly provide their position on the discovery dispute; and
- The Court's ruling on the discovery dispute shall apply to each of the affected Related Actions.

Dated:  March 31, 2026                **ALSTON & BIRD LLP**

*/s/ Lisa L. Garcia*

Jason Levin
Jennifer Bonneville
Lisa L. Garcia
Meaghan G. Boyd
Jane W. Kaufman

*Attorneys for Defendant Martinez Refining Company LLC*

Dated: March 31, 2026                **BEVERIDGE & DIAMOND, P.C.**

*/s/* Jacob P. Duginski
Jacob P. Duginski
Susan E. Smith
Megan R. Brillault
Katrina M. Krebs

*Attorneys for Defendant Martinez Refining Company LLC in the Malan, Saliba, Silvestri, Manning, and Canning Actions*

- 5 -

Dated: March 31, 2026          **LIDDLE SHEETS P.C.**

*/s/* Laura L. Sheets
Matthew Z. Robb
Steven D. Little
Laura L. Sheets


**ARIAS SANGUINETTI WANG & TEAM LLP**

Mike M. Arias
Arnold C. Wang
M. Anthony Jenkins

*Attorneys for Plaintiff David Malan*

Dated: March 31, 2026          **COTCHETT, PITRE & MCCARTHY, LLP**

*/s/* Blair V. Kittle
Blair V. Kittle
Joseph W. Cotchett
Anne Marie Murphy
Vasti S. Montiel

*Attorneys for Plaintiffs Alena Cruz and Shannon Payne*

Dated: March 31, 2026          **CUTTER LAW P.C.**

*/s/* Celine E. Cutter
Jennifer S. Domer
C. Brooks Cutter
Celine E. Cutter

**TORK LAW**
Reza Tokzadeh
Scott King

*Attorneys for Plaintiffs in the Malan, Manning, Saliba, and Silvestri Actions*

Dated: March 31, 2026          **BISH LAW, APC**

*/s/* Mindy Bish
Mindy Bish

*Attorney for Plaintiffs Lauren Canning and Beth DeLuca*

- 6 -

**CERTIFICATE OF SERVICE**

I, Lisa L. Garcia certify and declare as follow:

1.  I am over the age of 18 and not a party to this action.

2.  My business address is 350 South Grand Avenue, 51st Floor, Los Angeles, CA 90071-1410.

3.  On March 31, 2026, I caused a copy of the **JOINT STATUS REPORT** to be served upon the following counsel via the Court's CM/ECF system:

I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct.  Executed on March 31, 2026, at Los Angeles, California.

/s/ *Lisa L. Garcia*
Attorneys for Defendant
MARTINEZ REFINING COMPANY LLC

- 7 -

## ATTESTATION REGARDING SIGNATURES

I, Lisa L. Garcia, am the registered CM/ECF User whose ID and password are being used to file this document. Pursuant to Northern District of California Local Rule 5-1(i)(3), I hereby attest and certify that all other signatories listed on this document, on whose behalf this filing is submitted to the Court, concur in the filing's content and authorized the filing.

Dated: March 31, 2026        **ALSTON & BIRD LLP**


                             /s/ *Lisa L. Garcia*
                             Attorneys for Defendant
                             MARTINEZ REFINING COMPANY LLC

- 8 -