UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MALAN, et al., | Case No.  4:23-cv-04184-HSG  (LJC) |
| Plaintiffs, | |
| v. | **ORDER REGARDING JOINT STATUS REPORT** |
| MARTINEZ REFINING COMPANY LLC, | |
| Defendant. | |
| ALENA CRUZ, et al., | Case No.  4:23-cv-06142-HSG (LJC) |
| Plaintiffs, | **ORDER REGARDING JOINT STATUS REPORT** |
| v. | |
| PBF ENERGY, INC., et al., | |
| Defendants. | |
| JENNIFER FRYE, et al., | Case No.  4:24-cv-04506-HSG-LJC |
| Plaintiffs, | |
| v. | **ORDER REGARDING JOINT STATUS REPORT** |
| MARTINEZ  REFINING  COMPANY LLC, | |
| Defendant. | |

United States District Court
Northern District of California

United States District Court
Northern District of California

ALICE SALIBA, et al.,

        Plaintiffs,

    v.

MARTINEZ REFINING COMPANY LLC,

        Defendant.

Case No. 4:24-cv-08153-HSG-LJC

**ORDER REGARDING JOINT STATUS REPORT**

ELIZABETH SILVESTRI, et al.,

        Plaintiffs,

    v.

MARTINEZ REFINING COMPANY LLC,

        Defendant.

Case No. 4:24-cv-08241-HSG-LJC

**ORDER REGARDING JOINT STATUS REPORT**

ROBERT MANNING, et al.,

        Plaintiffs,

    v.

MARTINEZ REFINING COMPANY LLC,

        Defendant.

Case No.  4:24-cv-08316-HSG-LJC

**ORDER REGARDING JOINT STATUS REPORT**

LAUREN CANNING, et al.,

        Plaintiffs,

    v.

MARTINEZ REFINING COMPANY LLC,

        Defendant.

Case No.  4:25-cv-04511-HSG-LJC

**ORDER REGARDING JOINT STATUS REPORT**

During the discovery status conference on April 7, 2026, the undersigned ordered the parties in *Malan v. Martinez Refining Company* and the related cases (the Related Cases) file a joint discovery status report by May 7, 2026.  The status report shall address the following:

- Plaintiff Fact Sheets: Defendants and Plaintiffs shall state their positions regarding (1) which of the related cases will require Plaintiff Fact Sheets, (2) the deadline by which Defendant and the relevant Plaintiffs shall file their respective proposed Plaintiff Fact

2

Sheets and an accompanying letter, not to exceed four pages, that explains the party's respective proposal, and (3) the deadline by which Plaintiffs in the Related Cases shall complete and serve their Plaintiff Fact Sheets on Defendants.

- Interim Discovery Deadlines: Defendants and Plaintiffs shall state their positions regarding interim discovery deadlines for negotiating search terms, finalizing search terms, and finalizing document custodians.
- The parties shall describe the planned methods for collecting and producing ESI.
- The parties shall set out a jointly proposed schedule or their separate proposed schedules identifying potential production-related milestones and establishing a time frame for Defendants' rolling productions and any written discovery responses such that the parties are able to meet the September 1, 2026 completion deadline set by Judge Gilliam.

The parties may also use the joint status report to address any other discovery issues they wish to bring to the undersigned's attention in advance of the June 3, 2026 discovery status conference.

**IT IS SO ORDERED.**

Dated: April 8, 2026

_____
LISA J. CISNEROS
United States Magistrate Judge

United States District Court
Northern District of California